JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQULINE HIATT,<br><br>Plaintiff,<br><br>v.<br><br>ICU MEDICAL INC., successor in interest by merger to SMITHS MEDICAL ASD, INC.,<br><br>Defendant. | Case No. 8:26-CV-00738-JVS-(DFMx)<br><br>Hon. Fred W. Slaughter<br>Courtroom 10D<br><br>**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE [23]** |

The Court has considered the parties' Joint Stipulation of Voluntary Dismissal without Prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and for good cause shown, the Court GRANTS the parties' request and ORDERS:

1. Plaintiff's claims in this action are DISMISSED without prejudice.
2. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 13, 2026

HONORABLE JAMES V. SELNA
United States District Judge